# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JANELL LYNN SEBRING,

    Plaintiff

v.

JACK LOUIS HINTERTHUER, et al.,

    Defendants

Case No.: 2:25-cv-01391-APG-DJA

**Order**

[ECF No. 8]

On May 22, 2026, Magistrate Judge Albregts recommended that I dismiss plaintiff Janell Sebring's complaint without prejudice because she did not pay the filing fee or file a renewed application to proceed in forma pauperis by the given deadline. ECF No. 8.  Sebring did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 8) is accepted, and plaintiff Janell Sebring's complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 15th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE